

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00024-CV

## Trial Court No. 41,263

## The State of Texas for the Best Interest and Protection of N. K.

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Reporter's record | $121.50 | Montgomery County |
| Clerk's record | $40.00 | None |
| Indigent | $25.00 | Indigent |
| Supreme Court chapter 51 fee | $50.00 | Indigent |
| Filing | $100.00 | Indigent |
| Required Texas.gov efiling fee | $20.00 | Indigent |
| TOTAL: | $356.50 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 5th day of October 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk